# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
April 8, 2009

Charles R. Fulbruge III
Clerk

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 26 2009

DAVID J. _____
BY
DEPUTY _____

No. 08-41082
Summary Calendar

D.C. Docket No. 4:06-CV-69

DOROTHY N OLLIE,

    Plaintiff - Appellant

versus

PLANO INDEPENDENT SCHOOL DISTRICT,

    Defendant - Appellee

Appeal from the United States District Court for the Eastern District of Texas at Sherman

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and vacated in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.

ISSUED AS MANDATE: May 14, 2009

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy   5/14/09

New Orleans, Louisiana